# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

133985 & (8)(10)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

FREDERICK L. MCDONALD,
        Respondent-Appellee,

and

DYANN SALMI,
        Appellant.

SC: 133985
ADB: 06-03-GA

_____/

On order of the Court, the motions for extension of time to file briefs are GRANTED, but the request for permission to file a sealed ex parte response is DENIED, except that the two exhibits attached under seal to petitioner Grievance Administrator's answer to the application shall remain under seal. By order of October 19, 2007, the petitioner Grievance Administrator and the respondent attorney were directed to answer the application for leave to appeal the May 1, 2007 order of the Attorney Discipline Board, the Attorney Discipline Board was invited to file a brief, and the appellant was permitted to file a reply brief. The briefs having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

Clerk

s0618